# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-2150 MWF (MRW) | Date | January 31, 2020 |
|---|---|---|---|
| Title | Morris v. Hemet PD | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1.      Plaintiff Morris is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

2.      Plaintiff Morris filed the civil rights action in late 2019.  After it was transferred to the correct federal district in Los Angeles, the complaint was screened.  The Court denied in forma pauperis status and dismissed the action with leave to amend. (Docket # 12.)  In its dismissal order, the Court noted the obvious Heck and time-bar defects with Plaintiff's putative claims.

3.      The Court issued an order in November 2019 that gave Plaintiff until the end of December to file an amended complaint in the action.  (Docket # 13.)  Plaintiff failed file a proposed amended complaint by that deadline.

4.      Therefore, Plaintiff is ORDERED to show cause why the action should not be dismissed.  To avoid dismissal Plaintiff will submit his proposed amended complaint plus an explanation as to why he failed to comply with the Court's earlier orders.  Failure to do so may lead the Court to conclude that Petitioner has no interest in prosecuting this action further.  Plaintiff's submissions will be due by February 26.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**